## **STATEMENT OF FACTS**

On Friday, December 30, 2005, a confidential source (CI) working with the Metropolitan Police Department's Narcotics Special Investigation Division went to the Safeway parking lot, located at Georgia Avenue and Piney Branch, N.W., Washington, D.C., for a pre-arranged meeting to purchase 125 grams of crack cocaine from the defendant, Victor Pellot, **(at the time known to the CI only as PRIMO)**. The CI gave the defendant approximately $3,600.00 in MPDC pre-recorded funds in exchange for the suspected crack cocaine, and he left the area. The suspected crack cocaine the CI purchased from the defendant field tested positive for cocaine.

On Thursday, January 12, 2006, the CI went to 1300 block of Fort Stevens Drive, N.W., to purchase a half of kilogram of cocaine from the defendant. After a brief conversation with the defendant, the CI and the defendant entered xxxx Xxxx Xxxxxxx Xxxxx, X.X., Apartment #x, Washington, D.C. Once inside, the defendant showed the CI a large quantity of cocaine. The CI and the defendant exited the apartment and after receiving a pre-arranged signal from the CI, officers stopped the defendant, and placed him under arrest.

An emergency search warrant was obtained for xxxx Xxxx Xxxxxxx Xxxxx, X.X., Apartment #x, Washington, D.C., and officers recovered approximately 46 grams of white powder substance, approximately 7 grams of white rock-like substance, and 2 digital scales. A portion of the white powder and the rock-like substance field tested positive for cocaine.

                    DETECTIVE ALLEE RAMADHAN
                    NARCOTICS SPECIAL INVESTIGATION
                    DIVISION, MPD

SWORN AND SUBSCRIBED BEFORE ME
ON THIS ___ DAY OF JANUARY, 2006.

                    U.S. MAGISTRATE JUDGE