AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

_____ DISTRICT OF _Columbia_ _____

UNITED STATES OF AMERICA

V.

_Victor Pellote_

**WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: _06 - 022 M_

# FILED

MAR 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, _Victor Pellote_ _____, charged in a (complaint) (petition)

pending in this District with _Distribution of Narcotics_ _____

in violation of Title _18_ _____, U.S.C., _841_ _____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_Victor Pellot_
_____
Defendant

_3/24/06_
_____
Date

_____
Counsel for Defendant