UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 2 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal No. 06-22 |
| VICTOR OMAR PELLOT<br>Defendant. | : | |

### ORDER

After consideration of the oral motion of the defendant, Victor Omar Pellot, by and through her attorney in open Court, the Court finds that for the reasons stated in Court on April 21, 2006, that the interests and ends of justice are best served and outweigh the interests of the public and the defendant in a speed trial, and accordingly it is this 21st day of April, 2006, hereby,

ORDERED, that pursuant to the provisions of the Speedy Trial Act of 1974, 18 U.S.C. Section 3161, the time from April 21, 2006 to April 26, 2006 shall be excluded in computing the date for speedy trial in this case.

April 25, 2006
DATE

_____
DEBORAH A. ROBINSON
U.S. MAGISTRATE COURT JUDGE